# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

George Moore
                            Plaintiff,

v.                                                  Case No.: 1:20–cv–06633
                                                         Honorable Franklin U. Valderrama

Stormwind, LLC
                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 11, 2021:

      MINUTE entry before the Honorable Franklin U. Valderrama:Plaintiff George Moore filed a Notice of Voluntary Dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). [22]. As Defendant StormWind, LLC d/b/a StormWind Studios (Stormwind) has not filed an answer or motion for summary judgment, it is hereby ordered that this action is dismissed with prejudice, each party to bear their own fees and costs, including attorneys' fees. Defendant StormWind's Motion to Dismiss [12] and Motion to Strike [14] are terminated as moot. The joint status report due 3/17/2021 and telephonic status hearing scheduled for 6/7/2021 are stricken. The Clerk of Court is directed to close this case. Mailed notice (axc).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.